**Order entered December 8, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00638-CR
No. 05-14-00639-CR

**ZANTAR LADON KELLY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F13-00158-S, F07-60023-S**

## ORDER

The Court **REINSTATES** these appeals.

On December 4, 2014, we ordered the trial court to appoint new counsel to represent appellant in these appeals. We have received the trial court's order appointing Bruce Kaye as appellant's new attorney.

We **DIRECT** the Clerk to list Bruce Kaye as appellant's appointed attorney of record.

We **ORDER** appellant to file his brief within **THIRTY DAYS** of the date of this order.

/s/    ADA BROWN
       JUSTICE